## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNIE LEWIS | CIVIL ACTION |
| VERSUS | 21-475-SDD-RLB |
| EYE CARE SURGERY CENTER, INC. | |

### JUDGMENT

For the written reasons assigned:

Judgment is hereby entered in favor of Defendant, Eye Care Surgery Center, Inc., and against Plaintiff, Johnnie Lewis. Plaintiff's claims are dismissed with prejudice.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana, this 2nd day of January, 2024.

_____
**SHELLY D. DICK**
**CHIEF DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**

Jury